LAW OFFICES
## PEZOLD, SMITH, HIRSCHMANN & SELVAGGIO, L.L.C.

GEORGE CARL PEZOLD†
GERARD F. SMITH*
THOMAS R. HIRSCHMANN†
RAYMOND A. SELVAGGIO†

† ADMITTED IN NY
* ADMITTED IN NJ

GERARD F. SMITH
NJ Managing Partner
smith@transportlaw.com

ONE BROADWAY, SUITE 201
DENVILLE, NEW JERSEY 07834

TELEPHONE: (973) 586-6700
FACSIMILE: (973) 586-0955
email: pshsnj@transportlaw.com

NEW YORK OFFICE
120 MAIN STREET
HUNTINGTON, NY 11743-6936
TELEPHONE: (631) 427-0100
FACSIMILE: (631) 549-8962
– A NEW YORK LLC –

WILLIAM J. AUGELLO
(1924-2006)
OF COUNSEL
STEPHEN W. BEYER†

June 28, 2018

*<u>Via Efiling</u>*

Hon. P. Kevin Castel, U.S.D.J.
Southern District Court of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007-1312

  Re: Hartford Fire Ins. Co. a/s/o Klearwall Industries, Inc. v. Maersk Line, et al.
     Civil Action No. 18-00121

## Pre-Motion Letter

Dear Judge Castel:

  Our office represents the plaintiff, Hartford Fire Ins. Co. a/s/o Klearwall Industries, Inc. regarding the above-captioned matter. Pursuant to Your Honor's Individual Rules of Practice, please accept this letter as plaintiff's **Pre-Motion Letter**.

  The plaintiff, Hartford Fire Ins. Co. would like permission to file an Amended Complaint to add Sapsan, LLC, as a defendant in this matter. Further investigation in this matter reveals that Sapsan, LLC, who is located in Wallington, New Jersey, was the delivering motor carrier and thus, should be a party to this litigation.

  I have discussed this matter with defendant, Maersk's attorney and I have brought it to the attention to the attorney for defendant, Albatrans, Inc., and they have consented to our Motion to Amend the Complaint to add Sapsan, LLC as a defendant in this action.

  Notwithstanding the fact that plaintiff has consent from the parties, and pursuant to Your Honor's individual instructions, a briefing schedule for plaintiff's Motion to Amend Complaint is suggested, as follows:

    Filing Deadline:  July 12, 2018  (pursuant to 6/12/18 Scheduling Order)
    Opposition due:  July 22, 2018
    Reply to Opposition: July 27, 2018
    Motion Return Date: August 20, 2018

Hon. P. Kevin Castel, U.S.D.J.
Page 2
June 28, 2018

      Please advise the undersigned if plaintiff is permitted to file its Motion to Amend, at Your Honor's earliest convenience. Thank you for your kind attention to this matter.

                                    Respectfully submitted,

                                    Gerard F. Smith

GFS/rlf
cc:    James Ross, Esq.
        *Attorney for Defendant, Maersk Lines*

        Andrew Spector, Esq.
        Troy Geisser, Esq.
        *Attorneys for Defendant, Albatrans, Inc.*