Gerard F. Smith, Esq.  (GS-1657)
PEZOLD SMITH HIRSCHMANN & SELVAGGIO, LLC
One Broadway, Suite 201
Denville, New Jersey 07834
(973) 586-6700
*Attorneys for Defendant, Total Quality Logistics, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO. a/s/o Klearwall Industries, Inc.,<br><br>*Plaintiff,*<br><br>v.<br><br>MAERSK LINE, a division of the A.P. Moller-Maersk Group, ALBATRANS INC., SAPSAN LLC and XYZ CORP.,<br><br>*Defendants.* | Civil Action No. 18-cv-00121 (PKC)<br><br>**AFFIRMATION OF GERARD F. SMITH IN OPPOSITION TO DEFENDANT SAPSAN LLC'S MOTION TO DISMISS** |

GERARD F. SMITH hereby affirms as follows:

1. I am an attorney-at-law o for the Plaintiff, Hartford Fire Insurance Co. a/s/o Klearwall Industries, Inc., and am fully familiar with the facts set forth herein.

2. I hereby submit this certification in opposition to Defendant Sapsan LLC's motion to dismiss.

3. Attached hereto as **Exhibit A** is a true copy of the deposition transcript of Yulian Nilsen, dated February 19, 2019.

4. Attached hereto as **Exhibit B** is a true copy of a report from the Federal Motor Carrier Safety Administration ("FMCSA") regarding the motor carrier operating authority of Sapsan.

5. Attached hereto as **Exhibit C** is a true copy of report from the FMCSA identifying the agents designated by DOTPROCESSAGENTS, LLC.

6. Attached hereto as **Exhibit D** is a true copy of a blank, exemplar Form BOC-3.

7. Attached hereto as **Exhibit E** is a true copy of Sapsan's New York State HUT Form MT-903 filings.

8. Attached hereto as **Exhibit F** is a true copy of a report printed from the New York Department of State regarding the corporate status of Klearwall Industries.

9. Attached hereto as **Exhibit G** is a true copy of a report printed from the New York Department of State regarding the corporate status of Albatrans.

10. Attached hereto as **Exhibit G** is a true copy of Delivery Orders issued by Albatrans.

11. I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: March 8, 2019                    /s/Gerard F. Smith
                                        Gerard F. Smith