# EXHIBIT H

2017-01
Stratford, CT

③

ALBATRANS INC.
149-10 183RD STREET
JAMAICA, NY 11413 US

Tel: 718-917-6795
Fax: 718-917-6747

# DELIVERY ORDER

Partner Key 1: ITNCJS002629
Partner Key 2: MAEU959284243

KLEARWALL INDUSTRIES, LLC
530 ANCHOR DR
MONETA, VA 24121-2309 US

| DATE | OUR REF.NO. |
|---|---|
| 02/21/2017 | 0112885 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|
| MSC ARUSHI-706A | PORT NEWARK CONTAINER TERMINAL LLC | CORK; COBN, IRELAND |
| B/L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
| MAEU 959284243 | 02/23/2017 | | SAPSAN |
| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST.REF.NO. |
| | CJ00004844 | KE3-0112885-3 | H34671 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| BLANCHARD TRANSPORTATION<br>400 LONG BEACH BLVD<br>STRADFORD, CT 06615 US<br>Contact: CHARLIE BLANCHARD 203-359-8700 | NOTIFY: |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 160 CTN | PO#2017-1<br>WINDOWS<br>I.T. Number: ----<br>ISSUER/MASTER        ISSUER/HOUSE<br>MAEU  959284243    ABTB  CJ00004844<br>Container, Type, Quantity, Seal, Weight<br>MSKU4746610, 45, 160 CTN, 0243324, 11918 K<br><br>*** Please note there can be different free time tariffs with the steamship line versus the terminal, and charges can be payable to both parties separately.   Truckers are responsible to check availability of containers and free time with all parties directly, and Albatrans will not be responsible for any discrepancies with carrier/terminal websites.   If any doubt, please check with Albatrans to confirm last free day.   Albatrans will not be responsible for any line or terminal demurrage.***<br><br>Please schedule delivery appointment with receiver.<br>If there are any issues, please contact Albatrans. | 26274 LB | |

Driver wait for unload
Drop Trailer + Take MT
MSKU - 4769869

ARR: 7:45
Pots 12:15
Trailer Road shifted
Drop trailer

PLAINTIFF'S EXHIBIT 4
2/19/19

| INLAND FREIGHT → | PREPAID / COLLECT<br>PREPAID | Received in Good Order<br>By: |
|---|---|---|

CBlanchard   BTS  3/3/2017

LIABILITY, INCLUDING NEGLIGENCE IS LIMITED TO THE SUM OF $50.00 PER SHIPMENT, UNLESS A GREATER VALUATION SHALL BE PAID OR AGREED TO BE PAID IN WRITING PRIOR TO SHIPPING

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

SAP 000035

2017-03
stratford / PNCT



ALBATRANS INC.
149-10 183RD STREET
JAMAICA, NY 11413 US

Tel: 718-917-6795
Fax: 718-917-6747

# DELIVERY ORDER

Partner Key 1: ITNCJS002638
Partner Key 2: MAEU959339861

KLEARWALL INDUSTRIES, LLC
530 ANCHOR DR
MONETA, VA 24121-2309 US

| DATE | OUR REF.NO. |
|---|---|
| 02/21/2017 | 0112822 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|
| MSC ARUSHI-706A | PORT NEWARK CONTAINER TERMINAL LLC | CORK; COBN, IRELAND |

| B / L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| MAEU 959339861 | 02/23/2017 | | SAPSAN |

| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST.REF.NO. |
|---|---|---|---|
| | CJ00004850 | KE3-0112822-6 | H34711 |

**FOR DELIVERY TO**

KBLANCHARD TRANSPORTATION
400 LONG BEACH BLVD
STRADFORD, CT 06615 US
Contact: CHARLIE BLANCHARD 203-359-8700 x 2001

NOTIFY:

**ROUTE**

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 102 CTN | PO# 2017-2<br>WINDOWS<br>I.T. Number: -----<br>ISSUER/MASTER          ISSUER/HOUSE<br>MAEU   959339861    ABTB  CJ00004850<br>Container, Type, Quantity, Seal, Weight<br>MSKU4769869, 45, 102 CTN, 068541, 10439 KGS<br><br>*** Please note there can be different free time tariffs with the steamship line versus the terminal, and charges can be payable to both parties separately.   Truckers are responsible to check availability of containers and free time with all parties directly, and Albatrans will not be responsible for any discrepancies with carrier/terminal websites.   If any doubt, please check with Albatrans to confirm last free day.   Albatrans will not be responsible for any line or terminal demurrage.*** | 23014 LB | |

PLAINTIFF'S EXHIBIT 5  2/19/19

Please schedule delivery appointment with receiver.
If there are any issues, please contact Albatrans.

Drop 12:00

8 Am Appt   Arrive 10:20
Drop Load Due To Cargo Damage.
Load Shifted
(Blanchard) BTS 3/2/2017

**INLAND FREIGHT** → PREPAID / COLLECT: PREPAID

Received in Good Order
By:

LIABILITY, INCLUDING NEGLIGENCE IS LIMITED TO THE SUM OF $50.00 PER SHIPMENT, UNLESS A GREATER VALUATION SHALL BE PAID FOR OR AGREED TO BE PAID IN WRITING PRIOR TO SHIPPING

DELIVERY SAP 000037 ER
TO CARRIER SHOWN ABOVE