# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

HARTFORD FIRE INSURANCE CO. a/s/o
Klearwall Industries, Inc.,                              Civil Action No. 18-00121

v.

                                                        *Amended*
MAERSK LINE, a division of the A.P. Moller –            **NOTICE TO TAKE**
Maersk Group, ALBATRANS, INC.          :                **DEPOSITION UPON**
SAPSAN, LLC and XYZ Corp.,                              **ORAL EXAMINATION OF**
                                       :                **YULIAN NILSEN**

                      Defendants.
------------------------------------------------------------------x

To:    Justin M. Heilig, Esq.
       Teresa H. Dooley, Esq.
       HILL RIVKINS LLP
       45 Broadway, Suite 1500
       New York, New York 10006
       *Attorneys for Defendant, Sapsan, LLC*

        **PLEASE TAKE NOTICE** that, in accordance with Fed. R. Civ. P. 30(b) and the Rules of

Court, testimony will be taken by deposition upon oral examination before a person authorized

by the laws of the State of New Jersey to administer oaths, on **Tuesday, February 12, 2019, 10:00**

**a.m., at the law office of HILL RIVKINS, LLC, 102 South Broadway, South Amboy, New Jersey**

**08879,** with respect to the limited subject matter of personal jurisdiction over Defendant, Sapsan

LLC contacts with the State of New York, and all matters relevant thereto, at which time and place

you will please produce the following persons whose testimony is to be taken:

**YULIAN NILSEN,**
**Owner and Managing Member of Defendant, Sapsan, LLC**

        **TAKE FURTHER NOTICE,** that at the same time and place, defendant is required to

bring with him the documents listed below:

1.     Any and all reports, records, or other documents, for the years 2017 and 2018, that Defendant,
       Sapsan, LLC ("Sapsan") has filed with, or received from, the New York State Department of
       Taxation and Finance in connection with or related to the New York Highway Use Tax (HUT)
       program.

2.     Any and all reports, records, or other documents, for the years 2017 and 2018, that Defendant, Sapsan, LLC ("Sapsan") has filed with, or received from, any department or agency of the State of New York other than the New York State Department of Taxation and Finance.

3.     Any written contract, agreement, pricing sheet, or rate sheet between Sapsan and Defendant, Albatrans, Inc., ("Albatrans").

4.     Any written contract, agreement, pricing sheet, or rate sheet between Sapsan and Plaintiff's insured, Klearwall Industries, LLC ("Klearwall").

5.     All emails either to or from Sapsan involving or relating to the pick-up and delivery of shipments on behalf of Albatrans and/or Klearwall for the years 2017 and 2018.

6.     All freight invoices or freight bills issued to Albatrans for the years 2017 and 2018.

7.     All checks or other documents reflecting payments that Sapsan received from Albatrans.

8.     All bills of lading for shipments transported by Sapsan on behalf of Albatrans and/or Kleerwall for the years 2017 and 2018.

9.     A list of all Sapsan's customers and vendors located in the State of New York.

10.    Copy of Uniform Intermodal Interchange and Facilities Agreement(s) (UIIA) with defendant, Maersk and any other steamship line.

11.    Copy of any agreements with Maersk or other steamship lines.

12.    Copies of all checks received or paid by Sapsan to or from Maersk or other steamship lines.

Dated: February 4, 2019

*/s/ Gerard F. Smith*
Gerard F. Smith, Esq.
PEZOLD SMITH HIRSCHMANN & SELVAGGIO, LLC
One Broadway, Suite 201
Denville, New Jersey 07834
973-586-6700
*Attorneys for Plaintiff*

cc:    James L. Ross, Esq.
       *Attorney for Defendant, Maersk*
        Andrew R. Spector, Esq./Troy Geisser, Esq.
       *Attorneys for Defendant, Albatrans*

       *Gilmartin Court Reporting*

# EXHIBIT D

JUSTIN M. HEILIG
TERESA H. DOOLEY
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, NY 10006
Tel: (212) 669-0600
Fax: (212) 669-0698
*Attorneys for Defendant Sapsan LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HARTFORD FIRE INSURANCE CO.
a/s/o Klearwall Industries, Inc.,

                    Plaintiff,

   - against -

MAERSK LINE, a division of the A.P.
Moller-Maersk Group, ALBATRANS INC.,
SAPSAN LLC, and XYZ CORP.,

                    Defendants.

Case No. 18-cv-00121-PKC

**SAPSAN'S RESPONSES TO**
**DOCUMENT REQUESTS IN PLAINTIFF'S**
**AMENDED NOTICE OF DEPOSITION**

        Defendant Sapsan LLC ("Sapsan"), by and through its attorneys Hill Rivkins LLP, hereby

responds to the document requests contained in Plaintiff's Amended Notice to Take Deposition of

Yulian Nilsen dated February 4, 2019, pursuant to Rule 34 of the Federal Rules of Civil Procedure,

as follows:

**DEFINITIONS**

1.      The term "Maersk" shall mean defendant Maersk Line A/S, improperly sued herein as

"Maersk Line, a division of the A.P. Moller-Maersk Group."

2.      The term "Albatrans" shall mean defendant Albatrans Inc.

1

3.      The term "Plaintiff" shall mean plaintiff Hartford Fire Insurance Co., the alleged subrogee of Klearwall Industries, Inc.

4.      The term "Klearwall" shall mean Klearwall Industries, Inc., Plaintiff's alleged subrogor.

5.      The term "Shipments" shall mean the transportation of ocean shipping containers MSKU 4769869 and MSKU 4746610 and their contents, if any, by motor carriage from Newark, New Jersey to Stratford, Connecticut on or about March 2 and 3, 2017.

## RESPONSES

1.      Any and all reports, records, or other documents, for the years 2017 and 2018, that Defendant, Sapsan, LLC ("Sapsan") has filed with, or received from, the New York State Department of Taxation and Finance in connection with or related to the New York Highway Use Tax ("HUT") program.

> **Response:** Sapsan objects to this request as vague and ambiguous, given that it does not identify the particular documents sought by Plaintiff nor the particular departments or agencies covered by the request. Sapsan further objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction.   Subject to the foregoing objections, please see the attached documents, Bates nos. SAP 000001 - 000018.

2.      Any and all reports, records, or other documents, for the years 2017 and 2018, that Defendant, Sapsan, LLC ("Sapsan") has filed with, or received from, any department or agency of the State of New York other than the New York State Department of Taxation and Finance.

> **Response:** Sapsan objects to this request as vague and ambiguous, given that it does not identify the particular documents sought by Plaintiff nor the particular departments or

agencies covered by the request. Sapsan further objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan. Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction. Subject to the foregoing objections, Sapsan states that it does not possess any documents responsive to this request.

3.      Any written contract, agreement, pricing sheet, or rate sheet between Sapsan and Defendant, Albatrans, Inc. ("Albatrans").

**Response:** Sapsan objects to this request as vague, ambiguous, and overly broad, particularly as it is not limited in time or scope. Subject to the foregoing objections, please see the attached documents, including but not limited to Bates nos. SAP 000024, 000026, 000041, 000043, 000094, 000112 – 000114, etc.

4.      Any written contract, agreement, pricing sheet, or rate sheet between Sapsan and Plaintiff's insured, Klearwall Industries, LLC ("Klearwall").

**Response:** Sapsan objects to this request as vague, ambiguous, and overly broad, particularly as it is not limited in time or scope. Subject to the foregoing objections, Sapsan states that it does not possess any documents responsive to this request.

5.      All emails either to or from Sapsan involving or relating to the pick-up and delivery of shipments on behalf of Albatrans and/or Klearwall for the years 2017 and 2018.

**Response:** Sapsan objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as it is not limited in time or scope, and any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like

Sapsan.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction. Subject to the foregoing objections, please see the attached documents, including but not limited to Bates nos. SAP 000020 – 000549, etc.

6.      All freight invoices or freight bills issued to Albatrans for the years 2017 and 2018.

**Response:**  Sapsan objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as it is not limited in time or scope, and any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction. Subject to the foregoing objections, please see the attached documents, including but not limited to Bates nos. SAP 000180 – 000279, etc.

7.      All checks or other documents reflecting payments that Sapsan received from Albatrans.

**Response:**  Sapsan objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as it is not limited in time or scope, and any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction. Subject to the foregoing objections, Sapsan incorporates its response to Request No. 6 herein.

8.      All bills of lading for shipments transported by Sapsan on behalf of Albatrans and/or Kleerwall [*sic*] for the years 2017 and 2018.

**Response:**  Sapsan objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction. Subject to the foregoing objections, Sapsan states that it does not possess any documents responsive to this request.

9.      A list of all [of] Sapsan's customers and vendors located in the State of New York.

**Response:**  Sapsan objects to this request as an interrogatory improperly phrased as a request for the production of a document.  Sapsan has no obligation under the Federal Rules of Civil Procedure to create documents or undertake a work product exercise for the benefit of Plaintiff.  Sapsan further objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as it is not limited in time or scope, and any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction.  Subject to the foregoing objections, Sapsan identifies defendant Albatrans' New York office, BNX Shipping, Inc., and K International Transport Co., Inc.

10.     Copy of Uniform Intermodal Interchange and Facilities Agreement(s) ("UILA") with defendant, Maersk and any other steamship line.

**Response:**  Sapsan objects to this request as it is neither limited nor relevant to the issue of personal jurisdiction and therefore is prohibited by the Court's January 22, 2019 Order.  Sapsan further objects to this request as a wasteful fishing expedition that seeks irrelevant

information under either the *Goodyear-Daimler* standard for general jurisdiction or the C.P.L.R. 302(a) standards for long-arm jurisdiction.  Sapsan further objects to this request as the UIIA is an industry-wide contract with over 7,600 signatories participating in a trade association program administered by the Intermodal Association of North America ("IANA"); it is not a standalone contract between a particular motor carrier and a steamship line.  *See*, *e.g.*, *CMA-CGM (America), Inc. v. Empire Truck Lines, Inc.*, 416 S.W.3d 495, 514 n. 5 (Tex. App.—Houston [1st Dist.] 2013, pet. denied) (acknowledging that the UIIA is a contract of adhesion and that "virtually all of the [equipment] interchange domestically in North America is done pursuant to the UIIA.").  Sapsan further objects to this request pursuant to Rule 26(b)(2)(C)(i) insofar as the UIIA is publicly available and can be obtained by Plaintiff from the IANA website at: https://www.uiia.org. Subject to the foregoing objections, please see the attached document, Bates no. SAP 000019.

11.     Copy of any agreement with Maersk or other steamship lines.

**Response:**  Sapsan objects to this request as it is neither limited nor relevant to the issue of personal jurisdiction and therefore is prohibited by the Court's January 22, 2019 Order.  Sapsan further objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as it is not limited in time or scope, and any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Subject to the foregoing objections, as well as its response to Request No. 10, Sapsan states that it does not possess any documents relating to the Shipments that are responsive to this request.

12.     Copies of all checks received or paid by Sapsan to or from Maersk or other steamship lines.

**Response:**  Sapsan objects to this request as it is neither limited nor relevant to the issue of personal jurisdiction and therefore is prohibited by the Court's January 22, 2019 Order.  Sapsan further objects to this request as overly broad, unduly burdensome, vexatious, and disproportional to the needs of the case pursuant to Rule 26(b)(1), particularly as it is not

limited in time or scope, and any benefit of the proposed discovery would be far outweighed by the burden and expense that would be imposed on a small company like Sapsan.  Subject to the foregoing objections, states that it does not possess any documents relating to the Shipments responsive to this request.

Dated: February 15, 2019

HILL RIVKINS LLP, *Attorneys for* Defendant Sapsan LLC

By:  /s/ *Justin M. Heilig*

Justin M. Heilig
Teresa H. Dooley
45 Broadway, Suite 1500
New York, NY 10006
Tel: (212) 669-0600
Email: jheilig@hillrivkins.com
Email: tdooley@hillrivkins.com

# EXHIBIT E

## Teresa H. Dooley

| | |
|---|---|
| **From:** | yulian nilsen <sapsanllc@hotmail.com> |
| **Sent:** | Monday, February 11, 2019 5:58 PM |
| **To:** | Teresa H. Dooley |
| **Subject:** | Fw: Ref H42809/ invoice attached |
| **Attachments:** | Scan.pdf |

**From:** yulian nilsen <sapsanllc@hotmail.com>
**Sent:** Friday, October 13, 2017 1:54 PM
**To:** t.leone@albatrans.com; Stacey Kuchcicki - Albatrans New York
**Subject:** Ref H42809/ invoice attached

Please confirm receipt.
Prompt payment is greatly appreciated.

Regards,
Julian Nilsen
Sapsan LLC
201-438-7322

SAP 000213

2017-14

ALBATRANS INC.
149-10 183RD STREET
JAMAICA, NY 11413 US

Tel: 718-917-6795
Fax: 718-917-6747

## DELIVERY ORDER

Partner Key 1: ITNCJS003946
Partner Key 2: SUDU17DUBEN0705X

KLEARWALL INDUSTRIES, LLC
530 ANCHOR DR
MONETA, VA 24121-2309 US

| DATE | DUR REF NO |
|------|------------|
| 09/28/2017 | 0118423 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS:

| IMPORTING CARRIER | | LOCATION | | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|---|---|
| MSC SAVANNAH-738W | | PORT NEWARK CONTAINER TERMINAL LLC | | CORK; COBN, IRELAND |
| B/L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
| SUDU 17DUBEN0705X | 10/02/2017 | | | SAPSAN |
| INLAND CARRIER | | HAWB NO. | ENTRY NO. | CUST. REF. NO. |
| | | | KE3-0118423-7 | H42809 |

| FOR DELIVERY TO | ROUTE |
|---|---|
| BTS<br>300 STAMFORD PLACE<br>STAMFORD, CT 06902 US<br>Contact: CHARLIE BLANCHARD | NOTIFY: |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 98 CTN | WINDOWS<br>I.T. Number: ----<br>ISSUER/MASTER        ISSUER/HOUSE_____<br>SUDU   17DUBEN0705X   ----<br>Container, Type, Quantity, Seal, Weight<br>CXDU2261112, 40, 98 CTN, U154563, 8827 K<br><br>PO 2017-14 | 19460 LB | |

CBLanchard   BTS

BLANCHARD   10/5

ARRIVE 8:30

PPT 11:00

| INLAND FREIGHT | PREPAID / COLLECT<br>PREPAID |
|---|---|

Received in Good Order
By:

LIABILITY, INCLUDING NEGLIGENCE IS LIMITED TO THE SUM OF $50.00 PER SHIPMENT, UNLESS A GREATER VALUATION SHALL BE PAID FOR OR AGREED TO BE PAID IN WRITING PRIOR TO SHIPPING.

DELIVERY CLERK: DELIVER

SAP 000214



## SAPSAN, LLC
## Member of Express Transporter Group

Invoice: #          N1943

59 Kossuth St                    **LOAD**      H42809

Wallington NJ 07057              **DATE OF**   10/5/2017
                                 **DELIVER**

Phone: 201-438-7322
Fax 201-438-7655

**Bill To:**

**Albatrans Inc**

**149-10 183rd St**

**Jamaica, NY 11413**

| | |
|---|---|
| Cont # CXDU2261112 | 850.00 |
| | |
| | 850.00 |

**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT F

## Teresa H. Dooley

| | |
|---|---|
| **From:** | yulian nilsen <sapsanllc@hotmail.com> |
| **Sent:** | Monday, February 11, 2019 5:16 PM |
| **To:** | Teresa H. Dooley |
| **Subject:** | Fw: Ref H36615/ invoice attached |
| **Attachments:** | Scan.pdf |

**From:** yulian nilsen <sapsanllc@hotmail.com>
**Sent:** Friday, April 14, 2017 6:14 PM
**To:** t.leone@albatrans.com; Onuma Boonchim - Albatrans Inc. New York
**Subject:** Ref H36615/ invoice attached

Please confirm receipt.
Prompt payment is greatly appreciated.

Regards,
Julian Nilsen
Sapsan LLC
201-438-7322

SAP 000348

*Kearny / APM*

ALBATRANS INC.
149-10 183RD STREET
JAMAICA, NY 11413 US

Tel: 718-917-6795
Fax: 718-917-6747

# DELIVERY ORDER

Partner Key 1: ABT55S109515
Partner Key 2: CMDULHV1579784

PARADIS GROUP LLC
3718 MORRISON ST NW
WASHINGTON, DC 20015-1734 US

| DATE | OUR REF.NO. |
|------|-------------|
| 03/31/2017 | 0113784 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN AIRPORT |
|---|---|---|
| CMA CGM MUSSET-0661R | SEALAND TERMINAL | FOS SUR MER; FOS, FR |

| BY/LOR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| CMDU LHV1579784 | 04/04/2017 | | SAPSAN |

| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST.REF.NO. |
|---|---|---|---|
| | 5500022981 | KE3-0113784-7 | H36615 |

| FOR DELIVERY TO | ROUTE |
|---|---|

Gateway warehouse, Inc. *C/O PARADIS GROUP*
3 Distribution Ave. Suite 139
Kearny, NJ 07032
Contact: Mary Jo Vazquez /p/ 973-589-4595 ext.223

NOTIFY:

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 354 CTN | WINE | 12765 LB | |

L.T. Number: ----
ISSUER/MASTER_____ISSUER/HOUSE_____
CMDU    LHV1579784    ABTB 5500022981
Container, Type, Quantity, Seal, Weight
APZU3468490, 20G0, 354 CTN, 036192, 5790 KGS

*20 CMA    LL#436477*

*4/6 @ 8-4AM # 52912    App*

*SEAL#036192*

INLAND FREIGHT ➤

| PREPAID / COLLECT |
|---|
| PREPAID |

Received in Good Order
By: _____ *4-6-17*

LIABILITY, INCLUDING NEGLIGENCE IS LIMITED TO THE SUM OF
$50.00 PER SHIPMENT, UNLESS A GREATER VALUATION SHALL BE
PAID FOR OR AGREED TO BE PAID IN WRITING PRIOR TO SHIPPING.

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

PER

ORIGINAL

SAP 000349



## SAPSAN, LLC
**Member of Express Transporter Group**

Invoice: #          N1500

59 Kossuth St                 **LOAD**     H36615

Wallington NJ 07057           **DATE OF**  4/6/2017
                              **DELIVER**

Phone: 201-438-7322
Fax 201-438-7655


**Bill To:**

**Albatrans Inc**

**149-10 183rd St**

**Jamaica, NY 11413**

| | |
|---|---:|
| Cont # APZU3468490 | 375.00 |
| | |
| | 375.00 |

**THANK YOU FOR YOUR BUSINESS!**

SAP 000350

# EXHIBIT G

## Teresa H. Dooley

| | |
|---|---|
| **From:** | yulian nilsen <sapsanllc@hotmail.com> |
| **Sent:** | Monday, February 11, 2019 5:06 PM |
| **To:** | Teresa H. Dooley |
| **Subject:** | Fw: Ref H33077/ invoice attached |
| **Attachments:** | Image.PDF; Image0001.PDF |

**From:** yulian nilsen <sapsanllc@hotmail.com>
**Sent:** Sunday, January 22, 2017 11:16 PM
**To:** Becky Chen - Albatrans Inc. New York; t.leone@albatrans.com
**Subject:** Ref H33077/ invoice attached

Please confirm receipt.
Prompt payment is greatly appreciated

Regards,
Julian Nilsen
Sapsan LLC
201-438-7322

SAP 000915

ALBATRANS INC.
149-10 183RD STREET
JAMAICA, NY 11413 US

Tel: 718-917-6795
Fax: 718-917-6747

# DELIVERY ORDER

Partner Key 1: ABTC1S602805
Partner Key 2: EGLV141688631227

ILAPAK INC
105 PHEASANT RUN RD
NEWTOWN, PA 18940 US

| DATE | OUR REF.NO. |
|---|---|
| 01/04/2017 | 0111761 |

THE MERCHANDISE DESCRIBED BELOW
WILL BE ENTERED AND FORWARDED AS
FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT / ORIGIN AIRPORT |
|---|---|---|
| EVER LAUREL-025E | MAHER TERM BLDG 2180 CDS | HSINKANG; XINGANG, C |

| B/L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| EGLV 141688631227 | 01/05/2017 | | SAPSAN |

| INLAND CARRIER | HAWB NO. | ENTRY NO. | CUST.REF.NO. |
|---|---|---|---|
| SAPSAN | ABTC1S602805 | KE3-0111761-7 | H33077 |

FOR DELIVERY TO          ROUTE

ILAPAK INC
105 PHEASANT RUN RD
NEWTOWN, PA 18940 US
Contact: ELAINE 215 579 2900

NOTIFY:          Ref#

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 12 CTN | MACHINE<br>I.T. Number: ----<br>ISSUER/MASTER_____ISSUER/HOUSE_____<br>EGLV  141688631227 SDBD  ABTC1S602805<br>Container, Type, Quantity, Seal, Weight<br>DRYU2446611, 22G0, 12 CTN, EMCBGJ5775, 4807 KGS<br>PO# US-2767, US-2766, US2708<br><br>*** Please note there can be different free time tariffs with the<br>steamship line versus the terminal, and charges can be payable to<br>both parties separately.   Truckers are responsible to check avai<br>lability of containers and free time with all parties directly, an<br>d Albatrans will not be responsible for any discrepancies with car<br>rier/terminal websites.    If any doubt, please check with Albatr<br>ans to confirm last free day.   Albatrans will not be responsible<br>for any line or terminal demurrage.***<br><br><br>Please schedule delivery appointment with receiver.<br>If there are any issues, please contact Albatrans. | 10598 LB | |

Charlie Gardiner POD
1-10-17

**INLAND FREIGHT** ➤     PREPAID / COLLECT
COLLECT

Received in Good Order
By: _____

LIABILITY, INCLUDING NEGLIGENCE IS LIMITED TO THE SUM OF
$50.00 PER SHIPMENT, UNLESS A GREATER VALUATION SHALL BE
PAID FOR OR AGREED TO BE PAID IN WRITING PRIOR TO SHIPPING.

DELIVERY CLERK: DELIVER
TO CARRIER SHOWN ABOVE

PER

ORIGINAL          SAP 000916



## SAPSAN, LLC
## Member of Express Transporter Group

Invoice: #    N1272

59 Kossuth St

Wallington NJ 07057

Phone: 201-438-7322
Fax 201-438-7655

**LOAD**    H33077

**DATE OF DELIVER**    1/10/2017

**Bill To:**

**Albatrans Inc**

**149-10 183rd St**

**Jamaica, NY 11413**

| | |
|---|---|
| Cont # DRYU2446611 | 600.00 |
| | |
| | 600.00 |

**THANK YOU FOR YOUR BUSINESS!**

SAP 000917