UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HARTFORD FIRE INSURANCE CO.,

       Plaintiff,       18-cv-121 (PKC)

  -against-           ORDER

MAERSK LINE and ALBATRANS, INC.,

       Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

  By May 3, 2021, plaintiff shall file its direct testimony by affidavit and trial brief, and shall serve defendants its portion of the Joint Pretrial Order. By May 17, 2021, defendants shall file their direct testimony by affidavit and trial briefs, and shall serve plaintiff their portion of the Joint Pretrial Order. The Joint Pretrial Order shall be filed by May 24, 2021. The final pretrial conference shall be on June 15, 2021 at 12 p.m. in Courtroom 11D.

  SO ORDERED.

                    P. Kevin Castel
                   United States District Judge

Dated: New York, New York
    March 23, 2021