UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

HARTFORD FIRE INSURANCE CO.,

                Plaintiff,                18-cv-121 (PKC)

    -against-                            ORDER

MAERSK LINE, et al.,

                Defendants.

-------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff's counsel has requested an adjournment of the trial for personal reasons.

The trial date of July 20, 2021 is VACATED subject to rescheduling.

        SO ORDERED.

                                      P. Kevin Castel
                                United States District Judge

Dated: New York, New York
        July 13, 2021