UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HARTFORD FIRE INSURANCE CO.,

                    Plaintiff,                    18-cv-121 (PKC)

   -against-                                     ORDER

MAERSK LINE, et al.,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Bench trial is scheduled for October 21, 2021 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
            September 27, 2021