UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARTFORD FIRE INSURANCE CO., as
subrogor of Klearwall Industries, Inc.,

                    Plaintiff,                    18 **CIVIL** 121 (PKC)

      -against-                    **JUDGMENT**

MAERSK LINE, a division of the A.P. Moller-
Maersk Group,

                  Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated November 10, 2021, The Court therefore concludes that Hartford has not established a prima facie case, and that even if it had, the evidence adduced at trial demonstrates by a preponderance of the evidence that the cargo was damaged by the insufficiency of package, and Hartford has not demonstrated a concurrent cause of loss in the fault and neglect of Maersk. The Court finds by a preponderance of evidence in favor of Maersk. Sapsan LLC and Albatrans, Inc. having been previously dismissed by the Court, Judgment is entered for all Defendants, and the case is closed.

**Dated:**  New York, New York
           November 10, 2021

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court
                                **BY:**
                                                          Deputy Clerk